### Abstract of the Decision.

APPEAL AND ERROR, § 1111*—*when dismissal is proper.* An appeal will be dismissed for failure of the appellant to file a complete record and abstracts and briefs within the time specified by orders of the court.

### Albert L. Schultz and Albert F. Schultz, copartners, Appellees, v. Wenig Teaming Company, Appellant.

### Gen. No. 19,865. (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. JOHN E. OWENS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Dismissed. Opinion filed October 28, 1913.

### Statement of the Case.

Action by Albert L. Schultz and Albert F. Schultz, copartners as A. L. Schultz & Sons, against Wenig Teaming Company, a corporation. From a judgment for plaintiffs, defendant appeals.

WYMAN, JURGENS & CARPENTER, for appellees.

NICHOLAS J. PRITZKER, for appellant.

MR. PRESIDING JUSTICE F. A. SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 782*—*when bill of exceptions is necessary.* A motion to strike an affidavit from the record must be sustained where such record contains no bill of exceptions making the affidavit a part of the record.

2. APPEAL AND ERROR, § 1120*—*when dismissal is proper.* Where an affidavit is stricken from the record and the errors assigned are based on such affidavit, the appeal must be dismissed.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.